UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN FISCHLER, *individually and on behalf of all other persons similarly situated*

        Plaintiff,

v.

RICHEMONT NORTH AMERICA, INC., d/b/a Peter Millar,

        Defendant.

1:20-cv-00980-ENV-VMS

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Brian Fischler ("Plaintiff") and Richemont North America, Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: 8/12, 2020

LIPSKY LOWE LLP

By: _____
Christopher Lowe
420 Lexington Avenue, Suite 1830
New York, NY 10170-1830
Phone: 212.392.4772
Email: chris@lipskylowe.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Michael F. Fleming
101 Park Avenue
New York, New York 10178
Tel: (212) 309-6207
Email: michael.fleming@morganlewis.com

*Attorneys for Defendant*

SO ORDERED:
Dated: 8/17/2020, 2020

*s/Eric N. Vitaliano*
_____
United States District Judge

**THE CLERK IS DIRECTED TO CLOSE THIS CASE**